# EXHIBIT A

*20-1001*

## SUMMONS

Attorney(s) _____

Office Address   98 North Ashby Ave _____

Town, State, Zip Code   Livingston, NJ 07039 ____

Telephone Number       (973) 994-9113 _____

Attorney(s) for Plaintiff       pro-se _____

Lynne S Schwartz & Stephen Z Schwartz _____

pro-se _____

        Plaintiff(s)

   Vs.
ZimmerBiomet Holdings, Inc _____

_____

     Defendant(s)

### Superior Court of New Jersey

Morris _____   COUNTY

Civil _____   DIVISION

Docket No:   MRS L 001874 20 _____

## CIVIL ACTION SUMMONS

From The State of New Jersey To The Defendant(s) Named Above:

The plaintiff, named above, has filed a lawsuit against you in the Superior Court of New Jersey. The complaint attached to this summons states the basis for this lawsuit. If you dispute this complaint, you or your attorney must file a written answer or motion and proof of service with the deputy clerk of the Superior Court in the county listed above within 35 days from the date you received this summons, not counting the date you received it. (A directory of the addresses of each deputy clerk of the Superior Court is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/pro se/10153_deptyclerklawref.pdf.) If the complaint is one in foreclosure, then you must file your written answer or motion and proof of service with the Clerk of the Superior Court, Hughes Justice Complex, P.O. Box 971, Trenton, NJ 08625-0971. A filing fee payable to the Treasurer, State of New Jersey and a completed Case Information Statement (available from the deputy clerk of the Superior Court) must accompany your answer or motion when it is filed. You must also send a copy of your answer or motion to plaintiff's attorney whose name and address appear above, or to plaintiff, if no attorney is named above. A telephone call will not protect your rights; you must file and serve a written answer or motion (with fee of $175.00 and completed Case Information Statement) if you want the court to hear your defense.

If you do not file and serve a written answer or motion within 35 days, the court may enter a judgment against you for the relief plaintiff demands, plus interest and costs of suit. If judgment is entered against you, the Sheriff may seize your money, wages or property to pay all or part of the judgment.

If you cannot afford an attorney, you may call the Legal Services office in the county where you live or the Legal Services of New Jersey Statewide Hotline at 1-888-LSNJ-LAW (1-888-576-5529). If you do not have an attorney and are not eligible for free legal assistance, you may obtain a referral to an attorney by calling one of the Lawyer Referral Services. A directory with contact information for local Legal Services Offices and Lawyer Referral Services is available in the Civil Division Management Office in the county listed above and online at http://www.judiciary.state.nj.us/prose/10153_deptyclerklawref.pdf.

                                                  Clerk of the Superior Court    ( PRO SE )

DATED:   10/1/2020 _____

Name of Defendant to Be Served:   ZimmerBiomet Holdings, Inc. _____

Address of Defendant to Be Served:   399 Jefferson Rd., Parsippany, NJ 07054 _____



Revised 11/17/2014, CN 10792-English (Appendix XII-A)



# Civil Case Information Statement
## (CIS)

Use for initial Law Division
Civil Part pleadings (not motions) under *Rule* 4:5-1
**Pleading will be rejected for filing, under *Rule* 1:5-6(c),
if information above the black bar is not completed
or attorney's signature is not affixed**

| For Use by Clerk's Office Only |
| --- |
| Payment type: ☐ ck ☐ cg ☐ ca |
| Chg/Ck Number: |
| Amount: |
| Overpayment: |
| Batch Number: |

| Attorney/Pro Se Name | Telephone Number | County of Venue |
| --- | --- | --- |
| Lynne S & Stephen Z schwartz | (973) 994-9113 | Morris |

| Firm Name (if applicable) | Docket Number (when available) |
| --- | --- |
| | |

| Office Address | Document Type |
| --- | --- |
| 98 North Ashby Ave.<br>Livingston, NJ 07039-2028 | complaint |

Jury Demand   ☑ Yes   ☐ No

| Name of Party (e.g., John Doe, Plaintiff) | Caption |
| --- | --- |
| Lynne Susan Schwartz Plaintiff<br>Stephen Z Schwartz Plaintiff | Lynne S and Stephen Z Schwartz vs. Dr Paul Lombardi, Tri-County Orthopedics, Morristown Medical Center et al (Atlantic Health Systems.) and ZimmerBiomet Holdings and subsidiaries. |

| Case Type Number<br>(See reverse side for listing)<br>604 | Are sexual abuse claims alleged?<br>☐ Yes   ☑ No | Is this a professional malpractice case?   ☑ Yes   ☐ No<br>If you have checked "Yes," see *N.J.S.A.* 2A:53A-27 and applicable case law regarding your obligation to file an affidavit of merit. |
| --- | --- | --- |

Related Cases Pending?   ☐ Yes   ☑ No     If "Yes," list docket numbers

| Do you anticipate adding any parties<br>(arising out of same transaction or occurrence)?<br>☐ Yes   ☑ No | Name of defendant's primary insurance company (if known)<br>☐ None<br>☑ Unknown |
| --- | --- |

**The Information Provided on This Form Cannot be Introduced into Evidence.**

Case Characteristics for Purposes of Determining if Case is Appropriate for Mediation

| Do parties have a current, past or recurrent relationship?<br>☐ Yes   ☑ No | If "Yes," is that relationship:<br>☐ Employer/Employee   ☐ Friend/Neighbor   ☐ Other (explain)<br>☐ Familial   ☐ Business |
| --- | --- |

Does the statute governing this case provide for payment of fees by the losing party?   ☐ Yes   ☑ No

Use this space to alert the court to any special case characteristics that may warrant individual management or accelerated disposition
This case involves the deliberate or negligent disposal or loss of physical evidence removed from the plaintiff's hip during revisionary surgery occurring ten days after initial failed hip replacement surgery.

RECEIVED
SUPERIOR COURT
OF NEW COURT

SEP - 9 2020

| Do you or your client need any disability accommodations?<br>☐ Yes   ☑ No | If yes, please identify the requested accommodation: |
| --- | --- |
| Will an interpreter be needed?<br>☐ Yes   ☑ No | If yes, for what language? |

I certify that confidential personal identifiers have been redacted from documents now submitted to the court and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-7(b).

Attorney Signature: *Lynne S. Schwartz*  *Stephen Z Schwartz*  PRO SE

# Form A

**Filed Date**
**Batch No.** 921
**Receipt No.** 3745
**Amount** $250.00

**Plaintiff or Filing Attorney Information:**

Name  Lynne Susan Schwartz & Stephen Z. Schwartz

NJ Attorney ID Number _____

Address  98 North Ashby Ave

 Livingston, NJ  07039

Telephone Number  973-994-9113

RECEIVED
SUPERIOR COURT
OF NEW JERSEY

SEP - 9 2020

Superior Court of New Jersey

CIVIL Division  MORRIS County
_____ Part

Docket No: _____
(to be filled in by the court)

Lynne S. Schwartz & Stephen Z.  Schwartz ,

                                    Plaintiff,

                    v.

Paul M. Lombardi M.D., et als

See attached  LIST (A) ,

                        Defendant(s).

Civil Action

**Complaint**

Plaintiff, Lynne S. Schwartz & Stephen Z.  Schwartz , residing at
            (your name)

98 North Ashby Ave , City of  Livingston
(your address)                                        (your city or town)

County of  Essex .
            (your county)

State Of New Jersey, complaining of defendant, states as follows:

1.  On September 4, , 20 18 , Paul M. Lombardi M.D., et als , Defendant
                                    (name of person being sued)

(Summarize what happened that resulted in your claim against the defendant. Use additional pages if necessary.)

Dr. Lombardi performed an anterior right hip replacement. The following Thursday I (lynne) experienced severe pain in my right leg. I went to his office on Friday Sept. 11, 2018 and was told that I needed to return to the hospital immediately because a cerclage wire and clamp that he had placed on my femur had opened resulting in my femur breaking, and that I would need corrective surgery immediately.  Please see attached NOTE B for remainder of explanation.

The defendant in this action resides at  c/oTri-County Orthopedics 197 Ridgedale Ave  Cedar Knolls ,
                                            (defendant's address)

In the County of  Morris , State of New Jersey.
                    (name of county where defendant lives)

2.  Plaintiff is entitled to relief from defendant under the above facts.

# Form A

3. The harm that occurred as a result of defendant's acts include: (list each item of damage and injury)

1. Constant pain and frequent severe pain in my right leg resulting inability to walk with a normal gait. Can not put full weight on the right leg when climbing stairs and must lead with my left leg at all times. When I roll over onto my right side in bed I frequently experience pain severe enough to cry out in my sleep and wake me and my husband up.

2. The doctor and/or hospital's failure to provide me with the failed cerclage wire (as requested prior to the second surgery and stated in his surgical notes), constitutes intentional or negligent spoliation of evidence which denied us the ability to prove that the part was defective and limited ability to succeed in a claim against the manufacturer - ZimmerBiomet Holding, Inc.

3. Loss of consortium. Additional limitation due to combination of anterior and revisionary posterior surgery on right leg (of Lynne).
   Inability to pick up or get on floor and play grandchildren.

Wherefore, plaintiff requests judgment against defendant for damages, together with attorney's fees, if applicable, costs of suit, and any other relief as the court may deem proper.

Dated: 09/04/2020              Signature: _____

## CERTIFICATION OF NO OTHER ACTIONS

I certify that the dispute about which I am suing is not the subject of any other action pending in any other court or a pending arbitration proceeding to the best of my knowledge and belief. Also, to the best of my knowledge and belief no other action or arbitration proceeding is contemplated. Further, other than the parties set forth in this complaint, I know of no other parties that should be made a part of this lawsuit. In addition, I recognize my continuing obligation to file and serve on all parties and the court an amended certification if there is a change in the facts stated in this original certification.

Dated: _____   Signature: _____

OPTIONAL: If you would like to have a judge decide your case, do not include the following paragraph in your complaint. If you would prefer to have a jury to decide your case, please sign your name after the following paragraph.

## JURY DEMAND

The plaintiff demands trial by a jury on all of the triable issues of this complaint, pursuant to New Jersey Court *Rules* 1:8-2(b) and 4:35-1(a).

Dated: 09/04/2020              Signature: X _____

FORM A        Lynne & Stephen Schwartz

LIST A

Defendants:

**Dr. Paul M. Lombardi**

C/O Tri-county Orthopedics

197 Ridgedale Ave. #300

Cedar Knolls, NJ     07927

**Tri-county Orthopedics**

197 Ridgedale Ave.

Cedar Knolls, NJ     07927

**Morristown Medical Center et al** (A division of AHS Hospital Corp.)

100 Madison Ave.

Morristown, NJ     07960

**ZimmerBiomet Holdings Inc. and subs.**

1800 West Center St.

Warsaw, IN        45681-0708

LOCAL ADDRESS:
399 JEFFERSON RD
PARSIPPANY NJ 07054

## FORM A

## Note B

## Lynne S. & Stephen Z. Schwartz vs. Paul M. Lombardi M.D et als

Continuation of plaintiffs' complaint:

I (Lynne) was sent to Morristown Memorial Hospital immediately Friday Afternoon. The following Monday Evening at approximately 7:30 PM I underwent revisionary surgery, by the **posterior** method, to replace the entire hip again and repair the broken femur.

Due to the unusual circumstances, we requested that all the parts that were removed be returned to us. We were told that this would be done. A statement to this effect, by the doctor and/or his staff, both typed and hand-written, are present in the operative notes. We were given a form to sign authorizing pathology to retain the parts and give them to us when pathology returned them to the hospital (2 days later). It should be noted that when we picked up the parts we did not yet have access to the operative notes. We were not aware that all four parts installed in the initial surgery had been removed. We were only given three parts by pathology, which only included **one** cerclage wire. The parts were sealed in a container and we took them home.

Not until several months later, while reading the operative notes did I (Stephen) realize that one cerclage wire was missing. I had assumed that during the second surgery, the wire that didn't release/open was not removed and left in place. The notes stated the contrary – **both wires were removed**. That is when I opened the container and saw that the wire we had been given was the "good one" that had been cut off the bone. The failed wire that "popped open" was mysteriously nowhere to be found. In reading the print-out of the operative notes and other documents relating to the surgery it became obvious that only three of the four pieces were sent to pathology. The fourth part just disappeared in the operating room. At a subsequent visit to doctor Lombardi I asked him what happened to the part and was told he "didn't know".

Re-cooperation from the second surgery became problematic. The physical therapy staff at Tri-County Orthopedics had never had to deal with therapy for two different types of surgery within such a short time. In fact, some of the exercises required after anterior surgery were forbidden after posterior surgery and visa-versa. Even after out-patient PT was used the issue continued. This has slowed recovery and made it more painful. It appears **total** recovery from the surgeries is not at all likely.

Without the missing part we have no sure way to determine if the failure was due to a defect in Zimmer's product or an error in installing it. We do know that it had to be one or the other.

## Form A

Name <u>Lynne S & Stephen Z Schwartz</u>

NJ Attorney ID Number (if applicable) <u>N/A</u>

Address <u>98 North Ashby Ave</u>
        <u>Livingston, NJ 07039</u>

Telephone Number <u>973-994-9113</u>

Superior Court of New Jersey
Law Division
<u>Morris</u>      County
Docket Number <u>MRS L 001874 20</u>

<u>Lynne S & Stephen Z Schwartz</u>
                           Plaintiff(s)

               v.

<u>Dr. Paul Lombardi, et als</u>
                          Defendant(s)

**Civil Action**

**Notice of Motion**

To: Morris County Court House
    10 Court St.
    Morristown, NJ 07963

**TAKE NOTICE** that the undersigned will apply to the above named Court located at
<u>10 Court St Morristown, NJ 07963</u>               , on <u>10/16/2020</u>, at 9:00 a.m. for an **Order**
to (describe relief requested):
Correct the dates stamped on the Civil Action Complaint (Form A) and the Civil Case Information Statement
(CIS) from September 9, 2020 to the actual date filed with the Court, namely September 4, 2020

I will rely on the attached certification which contains the grounds for the relief sought.

Pursuant to *R.* 1:6-2(d), the undersigned: (check one)

☐ Waives oral argument and consents to disposition on the papers.

■ Requests oral argument if this matter is contested.

☐ Requests oral argument for the following reasons:

A proposed form of Order is attached.

## Court Dates

No pre-trial conference, arbitration proceeding, calendar call or trial date has been set except as follows: (If any
dates have been scheduled, note them here; otherwise state "none")

None

## Discovery End Date

☐ Discovery in this matter is scheduled to be completed on _____.

■ A discovery end date has not been assigned to this matter.

Revised 11/2014, CN 10555

## Form A

### Certification Regarding Attempts to Resolve
(Required for discovery and calendar motions – check one)

☐   I certify that I have personally discussed this matter with the attorney for the opposing party, or the opposing party if appearing *pro se*, in order to resolve the issues raised by this motion.  This effort was not successful.

☐   I certify that I have made a good faith effort to personally discuss this matter with the attorney for the opposing party, or with the party if appearing *pro se*, in order to resolve the issues raised by this motion.  The effort I made included the following action: (specify attempts to confer):

N/A

☐   I certify that I have advised the attorney for the opposing party, or the party if appearing *pro se*, by letter that if I will make this motion if she/he continues to fail to comply with my discovery request.

I certify that the foregoing statements made by me are true.  I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Date **10/1**/2020

Signature

Lynne S Schwartz/Stephen Z Schwartz
Print Name

If this is the first paper you are filing in this case, you must sign the following certification.
I certify that confidential personal identifiers have been redacted from documents now submitted to the court, and will be redacted from all documents submitted in the future in accordance with *Rule* 1:38-77(b).

Date **10/1**/2020

Signature

Lynne S Schwartz/Stephen Z Schwartz
Print Name

## Form B

Name  Lynne S & Stephen Z Schwartz
NJ Attorney ID Number (if applicable)  N/A
Address  98 North Ashby Ave
         Livingston, NJ  07039
Telephone Number  973-994-9113

Superior Court of New Jersey
Law Division
Morris        County
Docket Number  MRS L 001874 20

Lynne S & Stephen Z Schwartz
_____
                        Plaintiff(s)

          v.

Dr. Paul Lombardi, et als
_____
                        Defendant(s)

**Civil Action**

**Certification in Support of Motion**

I, Lynne S & Stephen Z Schwartz_____, am the (check one)  ■ plaintiff  ☐ defendant   in the above-captioned matter. I make this certification in support of my motion to: (state what you want the court to do)

Change the received date as stamped on the forms CIS and the Form A from September 9, 2020 to September 4, 2020, the actual date the forms were inserted into the mail box in the lobby of the Court House.

This motion should be granted because: (State the basis for your motion and why is should be granted. Use extra paper if necessary.)

Due to Covid19, there was a 3 day (72 hour) delay in opening and stamping the mail as "received". Had the documents been delivered to the court after the fourth, the next possible day being the 8th - (due to the Labor day holiday), the papers would have been stamped as received on the 11th. In addition, when the filing was dropped in the courthouse mail box on the fourth, photographs were taken outside the building , with a time and date stamp of "September 4 1:09 PM" and, at the suggestion of the guards in the lobby, photos were taken at the mail box in the lobby, showing the documents being deposited "September 4 1:12 PM". Copies of the photos are enclosed. Originals are on our I-phone and are available to be viewed by the court if needed.

I certify that the above statements made by me are true and that if any of the statements are willfully false, I am subject to punishment.

Date  10/1/2020

_____
Signature
Lynne S Schwartz/Stephen Z Schwartz
Print Name

PART OF
**FORM B**      **Lynne & Stephen Schwartz**      *MRS L 001874 20*

**LIST A**

Defendants: 4

1    **Dr. Paul M. Lombardi**

C/O Tri-county Orthopedics

197 Ridgedale Ave. #300

Cedar Knolls, NJ      07927

2    **Tri-county Orthopedics**

197 Ridgedale Ave.

Cedar Knolls, NJ      07927

3,   **Morristown Medical Center et al** (A division of AHS Hospital Corp.)

100 Madison Ave.

Morristown, NJ      07960

4.   **ZimmerBiomet Holdings Inc. and subs.**

( 1800 West Center St.

  Warsaw, IN      45681-0708 )    *USE LOCAL ADDRESS:*
                                  *399 JEFFERSON RD.*
                                  *PARSIPPANY, NJ   07054*

## Form B

## Certification of Service

I certify that on **_10/1/2020_** I sent a copy of the Notice of Motion, Certification, and proposed form of Order to the following parties by: (Check which mailing method you chose. If you sent it by both regular and certified mail, return receipt requested, check both)

☐ regular mail          ☐ certified mail, return receipt requested   ☒ SHERIFF SERVICE

List each party to the lawsuit; use the attorney's name and address if the party is represented by counsel.

Name    _SEE ATTACHED LIST A_   Name _____

Address _____   Address _____

_____   _____

Attorney for _____   Attorney for _____

Date _10/1/2020_                    _____
                                    Signature

                                    _LYNNB S SCHWARTZ / STEPHEN Z SCHWARTZ_
                                    Print Name

## Form C

Name  Lynne S & Stephen Z Schwartz
NJ Attorney ID Number (if applicable)  N/A
Address  98 North Ashby Ave
         Livingston, NJ  07039
Telephone Number  973-994-9113

Superior Court of New Jersey
Law Division
Morris _____ County
Docket Number  MRS L 001874 20

Lynne S & Stephen Z Schwartz
                           Plaintiff(s)

**Civil Action**

          v.

Dr. Paul Lombardi, et als
                           Defendant(s)

**Order**

This matter having been brought before the Court on Motion of (check one)  ■ plaintiff  ☐ defendant  for an Order (describe relief requested)
Change the received date as stamped on the forms CIS and the Form A from September 9, 2020 to September 4, 2020, the actual date the forms were  filed at the Court House.

and the Court having considered the matter and for good cause appearing,

It is on this _____ day of _____, 20_____, **ORDERED** as follows:

_____
                                      , J.S.C.

☐ Opposed
☐ Unopposed







